# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-0023
LT Case No. 2023-DR-035382

_____

C.V., FATHER of A.E.N., a CHILD,

    Appellant,

    v.

JOSHUA JAMIL NORMANDIA and
XARIS CHEALYNE NORMANDIA,

    Appellees.

_____

On Appeal from the Circuit Court for Brevard County.
Kelly Jo McKibben, Judge.

Richard F. Joyce, Special Assistant Regional Counsel, of Office of
Criminal Conflict and Civil Regional Counsel, Casselberry, for
Appellant.

Maria Henderson, of Henderson Legal Group, Viera, for
Appellees.

February 17, 2026

PER CURIAM.

    AFFIRMED.

HARRIS, LAMBERT, and EISNAUGLE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____